*In re* ROSAURA GONZÁLEZ RUCCI.

*Número:* TS-7879    *Resuelto:* 6 de julio de 2001

*Lcda. Carmen H. Carlos*, Directora de la Oficina de Inspección de Notarías, en informe; *Lcda. Rosaura González Rucci, pro se.*

## RESOLUCIÓN

A la moción para solicitar reinstalación de Rosaura González Rucci, *con lugar*. Se autoriza la reinstalación de la peticionaria al ejercicio profesional. Se apercibe a la peticionaria de que al descargar sus responsabilidades profesionales, deberá observar estrictamente los cánones del Código de Ética Profesional y que en el futuro deberá cumplir rigurosamente con las resoluciones de este Tribunal.

Visto el Informe de la Directora de la Oficina de Inspección de Notarías de 12 de junio de 2001, se aprueban los Protocolos de 1995 y 1996 de Rosaura González Rucci, sujetos a las deficiencias señaladas, y sin que ello implique de ninguna forma que se libera a la notario de cualquier eventual responsabilidad civil o disciplinaria que tal conducta pueda provocar.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*